# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153353 & (12)(13)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AMILCAR EPIFAMIO DIAZ-BARRIOS,
      Defendant-Appellant.

SC: 153353
COA: 330969
Kent CC: 14-001994-FC

_____/

      On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the January 26, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

d0315